■ In the Matter of TARA ANNE LAUDONIO (Admitted as TARA A. PUTERBAUGH), a Suspended Attorney. [927 NYS2d 922]—

Ordered that, effective immediately, the respondent Tara Anne Laudonio, admitted as Tara A. Puterbaugh is reinstated as an attorney and counselor-at-law and the Clerk of the Court is directed to restore the name of Tara Anne Laudonio to the roll of attorneys and counselors-at-law. Prudenti, P.J., Rivera, Skelos, Dillon and Chambers, JJ., concur.